# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

August 28, 2009

*Rec 6451*
*8/28/09*
*$1.47*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE: VERDURA, CHRISTINA MARIE
      BK No.: 08-20494

Dear Clerk:

    Under FRBP 3010, enclosed please find a Trustee's check in the amount of $1.47, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 3 | GE Consumer Finance<br>For GE Money Bank<br>dba Care Credit/GEMB<br>P.O. Box 960061<br>Orlando, FL 32896-0661 | $70.50 | 04/15/08 | $1.47 |

Sincerely,

Madeline M. Stolt
Paralegal
Encl.

1600 Crossroads Building     585 232 3730
Two State Street     FAX 585 232 3882     CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397     www.cdlawyers.com